An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM E. FERGUSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62722

**FILED**

APR 1 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from district court pretrial order granting a motion to compel buccal swab samples. Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

We lack jurisdiction because no statute or court rule provides for an appeal from such an order. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Therefore we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Carolyn Ellsworth, District Judge
    William E. Ferguson
    Benjamin C. Durham
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10912